NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ADMARK KOREA LIMITED,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

———————————

2012-5120

———————————

Appeal from the United States Court of Federal Claims in case no. 11-CV-778, Judge Christine O.C. Miller.

———————————

**JUDGMENT**

———————————

CYRUS E. PHILLIPS, IV, Albo & Oblon, L.L. P., of Arlington, Virginia, argued for plaintiff-appellant.

SARAH M. BIENKOWSKI, Trial Attorney, Commerical Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVIDSON, Director, and KIRK T. MANHARDT, Assistant Director.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, CLEVENGER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2013      /s/ Jan Horbaly
Date      Jan Horbaly
Clerk